United States District Court
Southern District of Texas
**ENTERED**
August 20, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Katie Kononen and<br>Jeff L. Cooper,<br>　　　*Plaintiffs*, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action H-20-2842 |
| | § | |
| Texas Department of State<br>Health Services and<br>City of Laredo,<br>　　　*Defendants*. | §<br>§<br>§<br>§ | |

### ORDER OF ADOPTION

On July 28, 2021, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 56) recommending that the court grant Defendant City of Laredo's motion to dismiss (D.E. 39) and Defendant Texas Department of State Health Services' amended motion to dismiss (D.E. 41). Plaintiffs' objections (D.E. 57) are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on August __19__, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE